ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

IBEW NO. 292 HEALTH CARE PLAN, ELECTRICAL WORKERS LOCAL NO. 292 PENSION FUND, ELECTRICAL WORKERS LOCAL NO. 292 ANNUITY & 401(k) FUND, ELECTRICAL WORKERS LOCAL NO. 292 VACATION & HOLIDAY FUND, and MINNEAPOLIS ELECTRICAL INDUSTRY BOARD/JATC/LMCC,

Plaintiffs,

vs.

T-N-T CABLING, INC.,

Defendant.

Civil File No. 02-CV-00830 JEL/JGL

**ORDER TO SHOW CAUSE**

The above matter came before the Court upon Plaintiffs' seeking an Order to Show Cause to hold Defendant in civil contempt for failure to obey the Court's previous Order dated September 17, 2002, which ordered Defendant to produce fringe fund reports and contributions for the months of September, 2001, through August, 2002.

**IT IS HEREBY ORDERED**:

1. Defendant is hereby ordered to personally appear before this Court on December 17, 2002, at 9:30 a.m. at the United States Courthouse, Courtroom 3, 316 North Robert Street, St. Paul, Minnesota to show cause, if any, why a contempt of court order should not be entered adjudging the Defendant in civil contempt of this Court for continuing to refuse to submit fringe fund reports and contributions for the months of September, 2001, through

FILED DEC 0 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

August, 2002, and that Defendant should show cause why it should not be committed to confinement until compliance with the Court's Order of September 17, 2002.

Date: 12-6-02

BY THE COURT:

J E Lancaster

The Honorable Joan Ericksen Lancaster
United States District Court Judge