UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

IBEW NO. 292 HEALTH CARE PLAN, ELECTRICAL WORKERS LOCAL NO. 292 PENSION FUND, ELECTRICAL WORKERS LOCAL NO. 292 ANNUITY & 401(k) FUND, ELECTRICAL WORKERS LOCAL NO. 292 VACATION & HOLIDAY FUND, and MINNEAPOLIS ELECTRICAL INDUSTRY BOARD/JATC/LMCC,

Plaintiffs,

vs.

T-N-T CABLING, INC.,

Defendant.

Civil File No. 02-CV-00830 JEL/JGL

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER FOR MONEY JUDGEMENT**

This matter came before the undersigned on motion by the Plaintiffs for entry of Money Judgment.

On September 17, 2002, the Court entered default judgment, and ordered Defendant to submit the fringe fund report forms for September 2001 through August 2002 and pay the fringe benefit contributions, liquidated damages, and attorneys' fees and costs disclosed to be due. The Order further provided that if the Defendant failed to submit the fringe benefit contributions due, Plaintiffs were entitled to file a motion for judgment, supported by an affidavit setting forth the amounts due, and judgment was to be entered ten days after service of the motion, without an additional hearing.

This matter is now before the Court upon motion by the Plaintiffs for entry of an money judgment. Defendant has been provided ten-days notice of this motion.

MAR 11 2003

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 11 2003
DEPUTY CLERK ______

Plaintiffs have submitted a supplemental affidavit from Jody Roe-Hardie, identifying the amounts due and testifying as to the non-payment of the contributions and liquidated damages, as well as a supplemental affidavit from counsel identifying the attorneys' fees and costs necessary to advance the Plaintiffs' interests in this matter, and have submitted an affidavit of service of the motion for judgment upon the Defendant. Therefore,

**IT IS HEREBY ORDERED**:

1. That in accordance with all of the previous filings and this Court's Order dated September 17, 2002, Plaintiffs shall have judgment against Defendant T-N-T Cabling, Inc., in the amount of $10,880.42.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 11, 2003

BY THE COURT

The Honorable Joan E. Lancaster
United States District Court Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995